**FIRST DIVISION**
**BARNES, P. J.,**
**GOBEIL and MARKLE, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**March 17, 2023**

# In the Court of Appeals of Georgia

A21A0925. CONNELL et al. v. HAMON, AS SURVIVING CHILD OF JAMES ISAAC DICKENS, JR, DECEASED.

GOBEIL, Judge.

In *Connell v. Hamon*, 361 Ga. App. 830 (863 SE2d 744) (2021), this Court reversed the trial court's denial of the defendants' motion for judgment on the pleadings. The Supreme Court of Georgia reversed that decision in *Hamon v. Connell*, __ Ga. __ (__ SE2d __) (Case No. S22G0405) (Feb. 7. 2023). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Barnes, P. J., and Markle, J., concur*.